**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6937**

_____

BRUMAN STALIN ALVAREZ,

    Plaintiff - Appellant,

  v.

ASRESAHEGN GETACHEW, In his individual and official capacities for actions under color of law as Medical Director, Wexford Health Sources, Inc.,

    Defendant - Appellee.

_____

**No. 22-6990**

_____

BRUMAN STALIN ALVAREZ,

    Plaintiff - Appellant,

  v.

ASRESAHEGN GETACHEW, In his individual and official capacities for actions under color of law as Medical Director, Wexford Health Sources, Inc.,

    Defendant - Appellee.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:17-cv-00141-PX)

_____

Submitted:  January 19, 2023        Decided:  February 22, 2023

_____

Before WILKINSON and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bruman Stalin Alvarez, Appellant Pro Se.  Kamil Ismail, Kelly Hughes Iverson, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Bruman Stalin Alvarez, a Maryland inmate, appeals the district court's judgment entered after trial and the order denying Alvarez's motion for a new trial. Alvarez fails to show any error in the jury instructions. He also fails to show that counsel was ineffective to the extent that we should reverse due to plain error. Lastly, we have reviewed de novo that district court's order granting summary judgment to Wexford Health Sources, Inc., and find no error. *See Ballengee v. CBS Broad., Inc.*, 968 F.3d 344, 349 (4th Cir. 2020) (stating standard of review). Accordingly, we affirm. We deny Alvarez's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*